STATE OF NEW JERSEY v. ANTHONY POMO.

February 2, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. SYLVESTER ROOTS.

February 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ISMAEL CORTEZ.

February 2, 1983.

Petition for certification denied.

FREDERICK T. DECKER v. ANGEL C. SULSE.

February 2, 1983.

Petition for certification denied.

SHELDON ELIZABETH COMPANY v. STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION.

February 2, 1983.

Petition for certification denied.